# UNITED STATES DISTRICT COURT
Northern District of Indiana
South Bend Division

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) <br>             Plaintiff,    ) <br>                              ) <br> vs.    ) <br>     ) <br> MARY RAY,    ) <br>             Defendant.    ) | CASE NO:   3:14-cr-078 |

## NOTICE OF APPEAL

Notice is hereby given that Mary Ray, by counsel, Kurt R. Earnst, the Defendant in the above named case hereby appeals to the United States Court of Appeals for the Seventh Circuit from the judgment of conviction and sentence entered in this action as ordered on or about March 2, 2016.

**BRAJE, NELSON & JANES, LLP**

By   s/ Kurt R. Earnst
     Kurt R. Earnst
     Attorney #19333-64
     Attorney for Defendant, Mary Ray
     126 E. Fifth Street, P.O. Box 1006
     Michigan City, IN   46361-8206
     Telephone: (219) 872-2100
     Facsimile: (219) 873-9163

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 14th day of March, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/CM/ECF system which sent notification of such filing to the following:

Donald Schmid donald.schmid@usdoj.gov

Peter Halpern Peter.Halpern@usdoj.gov

Notices will be mailed to:

        **BRAJE, NELSON & JANES, LLP**

        By     s/ Kurt R. Earnst