# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

### NOTICE OF DOCKETING - Short Form

March 15, 2016

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

> Appellate Case No: 16-1572
>
> Caption:
> UNITED STATES OF AMERICA,
>  Plaintiff - Appellee
>
> v.
>
> MARY RAY,
> Defendant - Appellant
>
> ---
>
> District Court No: 3:14-cr-00078-JD-CAN-1
> Court Reporter Joanne Hoffman
> Court Reporter Loretta Spromberg
> District Judge Jon E. DeGuilio
> Clerk/Agency Rep Robert N. Trgovich
>
> Date NOA filed in District Court: 03/14/2016

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form**(form ID: **188**)