# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

May 10, 2016

*By the Court*:

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff-Appellee,<br><br>No. 16-1572                  v.<br><br>MARY RAY,<br>    Defendant-Appellant. | ] Appeal from the United<br>] States District Court for<br>] the Northern District<br>] of Indiana, South Bend<br>] Division.<br>]<br>] No. 3:14-cr-00078-JD-CAN-1<br>]<br>] Jon E. DeGuilio,<br>]    Judge. |

    This matter comes before the court for its consideration of attorney Kurt R. Earnst's **MOTION TO WITHDRAW AS COUNSEL,** filed on April 1, 2016. Upon consideration thereof,

    **IT IS ORDERED** that the Motion to Withdraw is **GRANTED.**

    **IT IS FURTHER ORDERED** that attorney Courtney Katherine Lang, 16 W. Pickwick Road, Arlington Heights, Illinois 60005, is appointed to represent defendant-appellant Mary Ray pursuant to the provisions of the Criminal Justice Act. Counsel is directed to contact the defendant-appellant immediately.

    Briefing shall proceed as follows:

1. Defendant-appellant shall file her brief and required short appendix on or before August 5, 2016.

2. Plaintiff-appellee shall file its brief on or before September 6, 2016.

3. Defendant-appellant shall file her reply brief, if any, on or before September 20, 2016.

Important Scheduling Notice !

    Notices of hearing for particular appeals are mailed shortly before the date of oral argument.  Criminal appeals are scheduled shortly after the filing of the appellant's main brief; civil appeals after the filing of the appellee's brief.  If you foresee that you will be unavailable during a period in which your particular appeal might be scheduled, please write the clerk advising him of the time period and the reason for such unavailability.  Session data is located at http://www.ca7.uscourts.gov/cal/calendar.pdf.  Once an appeal is formally scheduled for a certain date, it is very difficult to have the setting changed. See Circuit Rule 34(e).