AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

MARY RAY

        Petitioner

v.                  **Civil Action No.**     3:16-cv-863
                                                   (Arising from 3:14-cr-78)

UNITED STATES OF AMERICA
        Respondent

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the plaintiff _____ recover from the defendant _____ the amount of _____ _____ dollars $_____, which includes prejudgment interest at the rate of _____% plus post-judgment interest at the rate of _____% along with costs.

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant _____ recover costs from the plaintiff _____.

**X** Other: The Petitioner's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence is DENIED. The Court DENIES the issuance of a Certificate of Appealability.

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

**X** decided by Judge Jon E. DeGuilio on a motion to Vacate under 28 U.S.C. 2255

DATE: 12/29/2016                      ROBERT TRGOVICH, CLERK OF COURT

                                                                     by /s/R. Covey, Deputy Clerk
                                                                        *Signature of Clerk or Deputy Clerk*