UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs                                       Case No. 3:14-CR-078-JD

MARY RAY,

    Defendant.

## MOTION FOR POST-CONVICTION RELIEF

Comes now Defendant Mary Ray, by counsel Fred W. Grady, and pursuant to the provisions of Title 28 U.S.C. § 2255, moves the Court for an evidentiary hearing, and in support of said motion, states as follows:

1. That on September 10, 2014, and February 12, 2015, Defendant Mary Ray was charged herein by way of an initial Grand Jury and Superseding Indictment for Counts of Theft of Government Funds from the Auditor's Office of LaPorte, Indiana, Filing False Income Tax Returns and Wire Fraud for alleged fraudulent acquisition of funds in violation of 28 U.S.C § 666(a)(1)(A), 26 U.S.C § 7206(1) and 18 U.S.C § 1343.

2. That on September 12, 2014, Attorney Kurt R. Earnst entered his Appearance as counsel on behalf of Defendant Mary Ray in defense of the above-referenced charges.

3. That following the filing of the above-referenced Superseding Indictment, a Warrant was issued for Mary Ray and who was arrested on February 13, 2015, subsequently released on Bond and upon the completion of pre-trial proceedings, this matter was brought for trial before jury on September 14 through 17, 2015, following which Defendant Mary Ray was found guilty of all Counts.

4. That pursuant to bifurcated sentencing hearings conducted on December 22, 2015, and March 2, 2016, the Court found the total losses for the charged violations in the amount of Eight Hundred Five Thousand, Eight Hundred Fifty-One and 71/100 Dollars ($805,851.71), and sentenced Mary Ray to a total term of Eighty-Four (84) months imprisonment with restitution and special assessment fees commencing on April 13, 2016, and entered a Final Order of Forfeiture, with Judgement entered on the above on March 2, 2016.

5. That the Defendant Mary Ray, by counsel Fred W. Grady, hereby moves for a determination of Ineffective Assistance of Counsel Kurt Earnst, in violation of Defendant's Sixth Amendment rights under the United States Constitution, in that a post-conviction review of counsel's factual basis and development of evidence constituted a deficient performance which conduct was on its face, objectively unreasonable and without sound trial strategy pursuant to the following contentions as addressed in the attached Brief in support of Defendant's Motion for Post-Conviction Relief:

A. Failure to subject prosecution's case to the appropriate adversarial testing.

B. Counsel's misunderstanding of the law and facts related to Mary Ray's defense of the charges filed in this case.

C. Failure to properly address conflicts of interest with a State's Witness.

D. Improper advice of counsel.

6. That Attorney Kurt Earnst's deficient performance caused prejudicial results, which could not be relied upon as having produced a just result and supports a reasonable probability that the trial proceedings would have been different, but for said counsel's errors.

WHEREFORE, Defendant Mary Ray, by counsel Fred W. Grady, hereby moves the Court to set this matter for an evidentiary hearing for purposes of addressing the allegations and contentions contained in Defendant's Brief in Support of this Motion, and upon the Court's

determination that the evidence related to Defendant's assertions of ineffective assistance of counsel by Kurt Earnst constitute a violation of Defendant's Sixth Amendment rights, to set this matter for new trial, and for all other just and proper relief in the premises,

Respectfully submitted,

November 29, 2017
Date

*[Signature]*
Signature

Fred W. Grady
Printed Name

750 N. Washington Street, Suite One
Address

Valparaiso    Indiana    46383
City          State      Zip Code

219-462-2460
Phone Number

866-462-6197
Fax Number

fwgpclaw@gmail.com
E-mail Address

CERTIFICATE OF SERVICE

   I hereby certify that on November 29, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notifications of such filing to the following: United States Attorney's Office, and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: N/A

*Fred W. Grady*