UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 3:14-CR-078 JD |
| ) | 3:17-CV-907 JD |
| MARY RAY ) | |

**ORDER**

Defendant Mary Ray, by counsel, has filed a motion under 28 U.S.C. § 2255. [DE 156]. That is her second motion under that section, as Ms. Ray previously filed a pro se motion under § 2255, which the Court denied. As explained in a previous order, the Court lacks jurisdiction to consider a second or successive motion under § 2255 unless a defendant has received authorization from a court of appeals for its filing. *Suggs v. United States*, 705 F.3d 279, 281–82 (7th Cir. 2013) ("If a prisoner seeks to challenge his conviction or sentence a second time, he must persuade a court of appeals to certify the motion and authorize the district court to hear it. . . . Without authorization from the court of appeals, the district court has no jurisdiction to hear the petition."); *see also Nunez v. United States*, 96 F.3d 990, 991 (7th Cir. 1996) ("A district court *must* dismiss a second or successive petition, without awaiting any response from the government, unless the court of appeals has given approval for its filing.").

Ms. Ray has since sought authorization from the Seventh Circuit to file a second motion under § 2255, but the Seventh Circuit denied authorization. [DE 161]. The Court therefore lacks jurisdiction to consider her present motion, so the Court DISMISSES the motion [DE 156] and DIRECTS the Clerk to enter judgment accordingly. For the same reason, the Court declines to issue a certificate of appealability, as the motion's resolution is not debatable. The Court advises Ms. Ray that pursuant to Rule 22(b) of the Federal Rules of Appellate Procedure, when the district judge denies a certificate of appealability, the applicant may request a circuit judge to

...
...

issue the certificate.  The Court further advises Ms. Ray that any notice of appeal must be filed within 60 days after judgment is entered on this motion. Fed. R. App. P. 4(a); *Guyton v. United States*, 453 F.3d 425, 427 (7th Cir. 2006) (stating that "the time to contest the erroneous denial of [the defendant's] first § 2255 motion was within 60 days of the decision").

SO ORDERED.

ENTERED: January 8, 2018

                                              /s/ JON E. DEGUILIO  
                                              Judge  
                                              United States District Court