UNITED STATES DISTRICT COURT
NORTHERN DICTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATE OF AMERICA ) | |
| ) | |
| v. ) | Case No. 3:14-CR-078 JD |
| ) | Case No. 3:17-CV-907 JD |
| MARY RAY ) | |

## NOTICE OF APPEAL

Notice is hereby given that Defendant Mary Ray, by counsel Fred W. Grady, in the above-named case hereby appeals to the United States Court of Appeals for the Seventh Circuit, the Court's Order entered herein on January 8, 2018, declining the issuance of a Certificate of Appealability and Judgment thereon. [DE1/DE162].

Respectfully submitted,

*/s/ Fred W. Grady*
Fred W. Grady
Harris Bank Building, Suite One
750 S. Washington Street
Valparaiso, Indiana 46383
Phone: (219) 462-2460
Fax: (866) 462-6197
Attorney No. 7241-61
fwgpclaw@gmail.com

ATTORNEY FOR DEFENDANT
MARY R. RAY

## CERTIFICATE OF SERVICE

I hereby certify that on March 9, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notifications of such filing to the following: United States Attorney's Office, and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: N/A